AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Eldo Kim | ) | Case No. |
| | ) | 13-MJ-5134-JGD |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 16, 2013__ in the county of __Middlesex__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1038(a) | Bomb Hoax |

This criminal complaint is based on these facts:
See attached Affidavit of Special Agent Thomas M. Dalton.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas M. Dalton, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Dec 17, 2013**

_____
*Judge's signature*

City and state: Boston, Massachusetts     Judith G. Dein, United States Magistrate Judge
*Printed name and title*