# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 14CR10301 |
| v. ) | |
| ) | |
| ELDO KIM ) | |

## INFORMATION

The United States Attorney charges that:

On or about December 16, 2013, in the District of Massachusetts, the defendant,

ELDO KIM,

engaged in conduct with intent to convey false and misleading information under circumstances where such information may reasonably be believed and where such information indicated that an activity had taken place that would constitute a violation of 18 U.S.C. §844(i), to wit, that explosives had been placed in buildings on the campus of Harvard University, which buildings are used in interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 1038(a).

CARMEN M. ORTIZ
United States Attorney

By: _____
JOHN A. CAPIN
Assistant U.S. Attorney
617-748-3100

Dated: October 10, 2014