JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**   Category No. __II__   Investigating Agency __FBI__

**City** __Cambridge__   Related Case Information:   14CR10301

**County** __Middlesex__   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number __13-M5134-JGD__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Eldo Kim__   Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State) __Cambridge, Massachusetts__

Birth date (Yr only): __1993__   SSN (last4#): _____   Sex __M__   Race: __Asian__   Nationality: __USA and Korea__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA __John A. Capin__   Bar Number if applicable _____

Interpreter:   ☐ Yes  ☑ No   List language and/or dialect: _____

Victims:   ☐ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

Matter to be SEALED:   ☐ Yes  ☒ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __10/10/14__   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Eldo Kim

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1038 (a) | Bomb Hoax | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____