UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14-10301-NMG |
| | ) | |
| ELDO KIM | ) | |

**DISMISSAL OF INFORMATION**

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Carmen M. Ortiz, hereby dismisses the above-captioned Information, charging ELDO KIM with a violation of 18 U.S.C. § 1038(a).   In support of this dismissal, the government states that ELDO KIM, having been accepted into the Pretrial Diversion Program, successfully completed the program.   United States Probation and Pretrial Services, having conferred with the undersigned Assistant U.S. Attorney, agrees that dismissal is in the interests of justice.

Respectfully submitted,

May 12, 2016                            /s/ *Carmen M. Ortiz*
_____                          _____
Date                                    CARMEN M. ORTIZ
                                        United States Attorney

                                        /s/ *John A. Capin*
                                        _____
                                        John A. Capin
                                        Assistant U.S. Attorney

Leave to File Granted:

_____
Nathaniel M. Gorton
United States District Judge