UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 14-10301-NMG |
| | ) |
| ELDO KIM | ) |

## DISMISSAL OF INFORMATION

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Carmen M. Ortiz, hereby dismisses the above-captioned Information, charging ELDO KIM with a violation of 18 U.S.C. § 1038(a). In support of this dismissal, the government states that ELDO KIM, having been accepted into the Pretrial Diversion Program, successfully completed the program. United States Probation and Pretrial Services, having conferred with the undersigned Assistant U.S. Attorney, agrees that dismissal is in the interests of justice.

Respectfully submitted,

May 12, 2016

/s/ *Carmen M. Ortiz*

Date

CARMEN M. ORTIZ
United States Attorney

/s/ *John A. Capin*

John A. Capin
Assistant U.S. Attorney

Leave to File Granted:

*William G. Young*
~~Nathaniel M. Gorton~~
United States District Judge